UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOMINICK RUSSO; JAMES RUSSO; FFC SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; JANET COIT, in her official capacity as Assistant Administrator for Fisheries; and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Civil Action No. 1:24-cv-00186-WS-M <br><br> **DECLARATION OF DOMINICK RUSSO** |

I, Dominick Russo, declare as follows:

1. I am over the age of 18 years. The facts set forth in this declaration are based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2. I have been a commercial fisherman fishing in the federal waters managed by the Gulf of Mexico Fishery Management Council ("Council") for approximately 4 years. I have owned and operated a fishing vessel in these waters for approximately 4 years.

3. I and my brother, James Russo, own and operate FFC Seafood, a commercial fishing business located in Sarasota, Florida.

4. I possess the requisite vessel, gear, and permit to fish for gag grouper in the federal waters of the Gulf of Mexico.

1

5. Approximately 100 % of my total annual catch occurs in the federal waters of the Gulf of Mexico. Of that 100 %, between 20 % and 30 % of my catch consists of gag grouper. Gag grouper is my most profitable fish stock. I and my brother at FFC Seafood fished for gag grouper in the past, are fishing for gag grouper this year, and plan to fish for gag grouper in the future.

6. I am aware that in June 2023, the Council adopted Amendment 56 followed by its implementing rule, which proposed significant catch limits on gag grouper.

7. I am aware of the rule issued by the National Marine Fisheries Service: Fisheries of the Caribbean, Gulf of Mexico, and South Atlantic; Reef Fish Resources of the Gulf of Mexico; Amendment 56, 89 Fed. Reg. 40,419 (May 10, 2024) ("Final Rule"). It is my understanding that the Final Rule, effective June 1, 2024, results in an approximately 85% decrease in the commercial catch limit for gag grouper from 2023 to 2024.

8. Prior allocations for gag grouper were 39% of the overall quota for the commercial sector and 61% for the recreational sector.

9. Amendment 56 lowered the commercial sector allocation to 35% and raised the recreational sector allocation to 65%.

10. In any given year prior to the Final Rule, my fishing operation would catch gag grouper up to, or near, the catch limits imposed on my vessel in Florida. In other words, I use all the fishing opportunity allowed to commercial fishermen for gag grouper.

11. In 2022, prior to the Final Rule, the overall annual commercial quota for gag grouper was 1,217,000 lbs. That year, I was able to catch 8,345 lbs of gag for a gross value of $57,502.50.

12. In 2023, prior to the Final Rule but during a one-year decrease in the commercial quota for gag grouper under an interim rule, the quota was 258,000 lbs. That year, I was able to catch 5,308 lbs of gag for a gross value of $38,766.

13. In 2024, the Final Rule cut the overall annual commercial quota for gag grouper to 155,000 lbs. This year, I was only permitted to catch 1,542 lbs of gag for a gross value of $11,565. I reached this limit in June 2024.

14. I participate in the gag grouper fishery under an individual fishing quota system that allows me to fish for a percentage of the overall commercial fishing quota. Thus, decreases in the commercial fishing quota, such as those in the Final Rule, directly decrease the amount of fish I may land and the revenue I can generate.

15. I currently have the capacity to exceed the catch limits imposed on my vessel for gag grouper.

16. I anticipate having the capacity to reach and exceed the Final Rule's catch limits for gag grouper imposed on my vessel in the coming years.

17. If I were allowed the opportunity to fish for more gag grouper, I would catch more of that species.

18. Because the Final Rule reduces fishing opportunity for commercial fishermen,

I anticipate a loss in revenue proportional to my loss in fishing opportunity.

19. My fishing operation is optimized for efficiency and profitability, so changes to my operation will reduce profitability. My fishing vessel operates primarily in the Gulf of Mexico. Hence, catching in the Gulf of Mexico represents the most efficient use of my time at sea.

20. I am not able to make up for the lost revenue caused by the Final Rule's increased catch restrictions on gag grouper through other means without spending more money.

21. I have undertaken more and longer trips out to sea to catch additional fish of other species, but I still have not been able to make up for the reduction in gag grouper catch limits. For example, I stay out at sea an extra day per trip to try and stay caught up. That results in an extra 30 to 40 days at sea per year to try and make up for the catch restrictions. Doing so requires me to stay away from home for longer periods of time and increases my fuel costs and wear-and-tear on my equipment.

22. In addition, I am not able to increase my catch of other species that I already fish for in a manner sufficient to make up for the lost revenue caused by the Final Rule's increased catch restrictions on gag grouper. Further, catching new species of fish would require significant investments of money in new permits and gear, which I cannot afford; and alterations to my efficient fishing operation would require me to spend even more time away from home to make up for lost revenue and would even further increase my fuel costs.

4

23. I spend more time at sea to catch additional species of fish due to the Council's catch limits on gag grouper, which also costs me more in fuel.

24. For the reasons stated above, I have incurred significant financial losses this year due to the Final Rule's increased catch restrictions on gag grouper. I further estimate that, as a consequence of the Final Rule, my personal income will decrease in the coming years.

25. My lost income is compounded by inflation and various other financial obligations. The lost income reduces my standard of living and makes life more difficult.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of November, 2024 at Sarasota, Florida.

DOMINICK RUSSO

5