UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Dominick Russo, et al.

              Plaintiff,

vs.

Gina Raimondo, et al.

              Defendant.

Case No. 1:24-cv-186

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:** *Amici Curiae* Gulf of Mexico Reef Fish Shareholders' Alliance and Seafood Harvesters of America

2. **State:**
   (a) **Full name:** J. Timothy Hobbs
   (b) **Present business address:** 501 Commerce Street, Suite 1500, Nashville, TN 37203
   (c) **Office telephone number and email:** (615) 514-1811/tim.hobbs@klgates.com
   (d) **Name of your firm, company or agency:** K&L Gates, LLP

3. State the law school(s) you have attended, specifying the dates and the degrees(s) you have received: J.D. University of Washington School of law, 2006

4. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No
   (b) If so, state the month and year you were admitted: N/A
   (c) Are you a member in good standing of the bar of any other state's highest court? Yes
   (d) If so, name the state(s) and the month and year you were admitted: *See* Attached List

5. Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing: *See* Attached List

6. Are you regularly engaged in the practice of law in the State of Alabama? No

---

[1] Attach additional pages as needed for complete responses.

7. (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? __No__

   (b) If so, describe fully the circumstances: __N/A__

8. (a) Do you presently have pending against you any disciplinary charges by any court or bar association? __No__

   (b) If so, describe fully the circumstances: __N/A__

9. (a) Have you ever been cited for contempt by any federal or state court? __No__

   (b) If so, describe fully the circumstances: __N/A__

10. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? __No__

    (b) If so, describe fully the circumstances: __N/A__

11. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? __Yes__

12. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? __Yes__

    (The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)

13. I declare under penalty of perjury that the foregoing is true and correct.

    J. Timothy Hobbs
    Applicant Name

    Date: January 17, 2025

Oath of Admission:

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

/s/ J. Timothy Hobbs
Signature of Attorney

| J. Timothy Hobbs – Admissions (#4(d)) | |
| --- | --- |
| **Jurisdiction** | **Admission Date** |
| State of Tennessee<br>Bar #041749 | March 18, 2024 |
| State of Washington<br>Bar #42665 | June 23, 2010 |
| State of Virginia<br>Bar #73043 | October 12, 2006 |
| Washington D.C.<br>Bar #976470 | September 10, 2007 |
| **Federal Courts Admitted to Practice In** | **Admission Date (#5)** |
| Supreme Court of the United States<br>Bar #322551 | August 19, 2024 |
| United States District Court for the Western District of Washington | May 16, 2011 |
| United States Bankruptcy Court for the Western District of Washington | May 16, 2011 |
| United States District Court for the Eastern District of Wisconsin | November 4, 2021 |
| United States District Court for the District of Columbia | May 2, 2022 |
| 2nd Circuit Court of Appeals | October 15, 2010 |
| 3rd Circuit Court of Appeals | March 28, 2024 |
| 5th Circuit Court of Appeals | June 6, 2016 |
| 6th Circuit Court of Appeals | December 21, 2011 |
| 9th Circuit Court of Appeals | September 20, 2011 |
| Federal Circuit Court of Appeals | August 31, 2018 |
| D.C. Circuit Court of Appeals | March 15, 2023 |