UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
_____Southern_____ DIVISION

Dominick Russo, et al._____,

       Plaintiff,

v.

Gina Raimondo, as Sec. of Comm. et al.,

       Defendant.

Case No.

1:24-cv-186-WS-M_____

DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1,
Seafood Harvesters of America_____, makes the following disclosure(s).

1.  If the filer is a nongovernmental corporate party or a nongovernmental
    corporation that seeks to intervene, either (i) identify any parent corporation
    and any publicly held corporation owning 10% or more of its stock or (ii) state
    there is no such corporation:
    N/A

2.  If this is an action in which jurisdiction is based on diversity under 28 U.S.C. §
    1332(a), name and identify the citizenship of every individual or entity whose
    citizenship is attributed to the filing party or intervenor: [To identify the
    citizenship of a partnership, LLC, or other unincorporated entity, a party must

list the names and citizenships of all members or partners of that entity.  *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11ᵗʰ Cir. 2004).]

N/A

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

Seafood Harvesters of America is a trade association.  It is a nonprofit corporation without any entities reportable under the provisions of S.D. Ala. Civil L.R. 7.1.

☑    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

January 17, 2025
_____
Date

_____
Counsel Signature

Gulf of Mexico Reef Fish Shareholders' Alliance
_____
Counsel for (print party names)

501 Commerce Street, Suite 1500
Nashville, TN 37203
_____
Address, City, State, Zip Code

2