UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
_____Southern_____ DIVISION

Dominick Russo, et al.
_____,

      Plaintiff,

v.

Gina Raimondo, as Sec. of Comm. et al.
_____,

      Defendant.

Case No.
1:24-cv-186-WS-M


### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, Gulf of Mexico Reef Fish Shareholders' Alliance _____, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

   N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must

list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).]
N/A

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

The Gulf of Mexico Reef Fish Shareholders' Alliance is a trade association. It is a non-profit corporation without any entities reportable under the provisions of S.D. Ala. Civil L.R. 7.1.

[✓] I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

January 17, 2025
Date

Counsel Signature

Gulf of Mexico Reef Fish Shareholders' Alliance
Counsel for (print party names)

501 Commerce Street, Suite 1500
Nashville, TN 37203

Address, City, State, Zip Code

2