## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DOMINICK RUSSO; JAMES RUSSO; and FFC SEAFOOD, INC., | Civil Action No. 1:24-cv-00186-JB-M |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; JANET COIT, in her official capacity as Assistant Administrator for Fisheries; and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

Notice is hereby given that Plaintiffs Dominick Russo, James Russo, and FFC Seafood, Inc. hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered by this Court on November 24, 2025, granting Plaintiffs' Motion for Summary Judgment in part and denying it in part.

Dated: January 20, 2026.

Respectfully submitted,

*/s/ Michael Poon*
MICHAEL POON*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
MPoon@pacificlegal.org
*Pro Hac Vice*

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing document with the Clerk using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

*/s/ Michael Poon*
MICHAEL POON

*Attorney for Plaintiffs*